**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6596**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

KINGDAWUD MUJAHID BURGESS, a/k/a David Clifton Burgess,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:06-cr-00429-GBL-1)

Submitted: August 20, 2014        Decided:  August 27, 2014

Before MOTZ, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kingdawud Mujahid Burgess, Appellant Pro Se. Dennis Michael Fitzpatrick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingdawud Mujahid Burgess appeals the district court's order denying his motions under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Burgess, No. 1:06-cr-00429-GBL-1 (E.D. Va. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED